# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 24, 2015

## NO.  03-13-00463-CV

**AETC II Privatized Housing, LLC, Appellant**

**v.**

**Tom Green County Appraisal District, Appellee**

### APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on March 21, 2013.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  The appellant shall pay all costs relating to this appeal, both in this Court and the court below.